STATE OF ILLINOIS
SUPREME COURT                     21-mc-34-NJR

At a Term of the Supreme Court, begun and held in Springfield, on Monday, the 11th day of January, 2021.

Present: Anne M. Burke, Chief Justice
Justice Rita B. Garman            Justice Mary Jane Theis
Justice P. Scott Neville, Jr.     Justice Michael J. Burke
Justice David K. Overstreet       Justice Robert L. Carter

On the 25th day of January, 2021, the Supreme Court entered the following judgment:

M.R.030602

In re:

Brian David Pondenis.

Attorney Registration & Disciplinary Commission

2020PR00048

The rule to show cause that issued to respondent Brian David Pondenis pursuant to Supreme Court Rule 774 on December 16, 2020, is enforced. Respondent is suspended from the practice of law effective immediately and until further order of the Court.

As Clerk of the Supreme Court of the State of Illinois and keeper of the records, files and Seal thereof, I certify that the foregoing is a true copy of the final order entered in this case.



IN TESTIMONY WHEREOF, I have set my hand and affixed the seal of said Supreme Court, in Springfield, in said State, this 25th day of January, 2021.

*Carolyn Taft Grosboll* Clerk,
Supreme Court of the State of Illinois